IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUTHER ARTHUR HORN, III,
    Plaintiff,

vs.                               Case No.: 3:19cv1653/LAC/EMT

ESTATE OF LAVERN CAMACHO, et al.,
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 13, 2019 (ECF No. 8). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's federal claims are **DISMISSED without prejudice for lack of subject matter jurisdiction**, and Plaintiff's state law claims are **DISMISSED without prejudice** to Plaintiff's pursuing them in state court.

3. The clerk is directed to enter judgment accordingly and close the case.

**DONE AND ORDERED** this 9th day of September, 2019.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**