# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA



## CIVIL COMPLAINT

Luther Arthur Horn III,
_____,

*(Write the full name of each Plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**THIRD (3rd) AMENDED COMPLAINT**

v.

TRUST/ESTATE of LAVERN CAMACHO, et al.,
CLAYTON J.M. ADKINSON,
(See Attached) ,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*
_____ /

Case No.: 3:19-CV-1653-LC-EMT
*(To be filled in by the Clerk's Office)*

Jury Trial Requested?
☑ YES ☐ NO

The Plaintiff has NO Trust/Faith in the Judges in/on my Cases in the District Court (Pensacola Div.)

Done and Ordered this 26th day of April 2021
Picked up on May 3, 2021 - Legal Mail (signed for)

NDFL Pro Se 1 (Rev. 12/16) Civil Complaint
ClerkAdmin/Official/Forms

1

FILED USDC FLND PN
JUN 1 '21 PM 3:09

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
## PENCACOLA DIVISION
## CIVIL DIVISION

LUTHER ARTHUR HORN III,
Plaintiff

— VS. —

Pensacola's Division-Case No.: 3:19-cv-1653/LAC/EMT

ESTATE OF LAVERNE CAMACHO/A.K.A. TRUST, et al,
Defendant

## THIRD AMENDED COMPLAINT, COURT ORDER

### EACH DEFENDANT

1. Clay Adkinson
2. Clayton J.M. Adkinson
3. Adkins's Law firm -L.L.C.
4. Camacho (Laverne's Estate/Trust)
5. Karen Gause
6. Cassandra Hollinsworth

Jury Trial Requested ☑ Yes;

Page 1.a.

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Luther Arthur Horn III

    Address: P14932/J-1/136-s, Suwannee C.I. Annex, 5964 U.S. Highway 90

    City, State, and Zip Code: _____

    Telephone: ____N/A____ (Home) ____N/A____ (Cell)

2. Plaintiff's Name: _____

    Address: _____

    _____

    City, State, and Zip Code: _____

    Telephone: _____ (Home) _____ (Cell)

    *(Provide this information for any additional Plaintiffs in this case by attaching an additional page as needed.)*

B. Defendant(s)

1. Defendant's Name: Laverne Camacho's Estate/Trust

    Name of Employer *(if relevant)*: Most of her Working days she Worked for Judge Clyde Wells.

    Address: of the decease/departed/dead was 1140 Nellie Drive, Santa Rosa Beach, South Walton,

    City, State, and Zip Code: Florida 32435.

## Defendants Addresses

1. The Address of the <u>Estate/Trust</u> of Lavern A.K.A. <u>Laverne</u> or Louvene <u>Camacho</u>, the last Known address of the decease was 1140 Nellie Drive, Santa Rosa Beach, Florida 32459

### NOW

Almost all of her Properties <u>(about 20 of them)</u> all paid in full are or was <u>(After her death)</u> in <u>Clayton T. M. Adkinson</u> or <u>Adkinson's Law Firm's</u> name. Now, if they <u>(the Properties)</u> are in a <u>L.L.C.</u> or <u>Corporation</u> I'm sure their is a <u>Judge</u> in the <u>Ownership Now or before</u> the <u>Law Suit</u>.

### SO

<u>All</u> the <u>Frauds</u> where done at the <u>Adkinson's Law Firm L.L.C.</u> in Defuniak Springs, Florida **by all,** but Karen Gause <u>Worked for the Adkinson's Law Frim L.L.C.</u> full Time for <u>Years</u>.

### SO

<u>All the Addresses</u> should all go to the <u>Adkinson's Law Firm L.L.C.</u>, at Post Office Box 1207 DeFuniak Springs, Florida 32435.

Page 2(a)

2. Defendant's Name: Clay Adkinson

Name of Employer *(if relevant)*: Self Employed with the Adkinson's Law Firm L.L.C.

Address: Work Place: Post Office Box 1207

Adkinson's Law Firm L.L.C.

City, State, and Zip Code: DeFuniak Springs, Florida-32435

3. Defendant's Name: Clayton J.M. Adkinson

Name of Employer *(if relevant)*: Self Employed with the Adkinson's Law Firm L.L.C.

Address: Work Place: Post Office Box 1207

Adkinson's Law Firm L.L.C.

City, State, and Zip Code: DeFuniak Springs, Florida- 32435

*(Provide this information for any additional Defendants in this case by attaching additional pages as needed.)*

## II. BASIS FOR JURISDICTION

Federal courts have limited jurisdiction. Generally, only two types of cases may be heard in federal court: (1) a case involving a federal question or (2) case involving diversity of citizenship of the parties. A "federal question" case arises under the United States Constitution or federal laws or treaties. 28 U.S.C. § 1331. A "diversity" case means a citizen of one State sues a citizen of another State or nation. No defendant may be a citizen of the same State as any Plaintiff in a diversity case, and the amount in controversy must be more

4.: <u>Adkinson's Law Firm L.L.C.</u>
Name of Employer; Same as above
Post Office Box 1207,
DeFuniak Springs, Florida - 32435

5.: <u>Cassanda Hollinsworth.</u>
Works for Adkinson's Law Firm L.L.C..
Post Office Box 1207,
DeFuniak Springs, Florida - 32435

6.: <u>Karen Gause.</u>
<u>NO</u> work place
Black Creek, Freeport, Florida - 32435
Mail sent to Adkinson Law Firm,
Post Office Box 1207
DeFuniak Springs, Florida - 32435

Page 3 (a)

than $75,000. 28 U.S.C. § 1332.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Question    ☑ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case: ① Going by the 28 U.S.C. Section 18 § 1331, 1016, 1017, 1018, 1021, 1028, 1028A, 1038, 505, 506 A (1)(2)(3), 1341, 1346, and Rule 603 (Witness) 18 § 1623 (a)(b) and 1983. ② Exceeds Jurisdiction Threshold of $75,000.00

B. If the Basis for Jurisdiction is Diversity of Citizenship:

  1. Plaintiff(s)

     a. Plaintiff is an individual and a citizen of: ALABAMA

     b. If any Plaintiff is a business or corporation, list the State where the business is incorporated ___N/A___ or has its principal place of business: ___N/A___
        ___N/A___

     *(Note: Businesses/Corporations must be represented by counsel.*

*Attach additional page to provide this information for additional Plaintiffs.)*

2. Defendant(s)

   a. If the Defendant is an individual, identify their citizenship below.

   1. Defendant *(name)* **Clay AdKinson**

      is a citizen of *(State)* **FLORIDA**

   2. Defendant *(name)* **Clayton AdKinson**

      is a citizen of *(State)* **FLORIDA**

   3. Defendant *(name)* **Laverne Camacho's (Estate/Trust)**

      is a citizen of *(State)* **FLORIDA**

   b. If the Defendant is a corporation or business, list the state of incorporation or principal place of business below.

   1. Defendant *(name)* **AdKinsons' Law Firm L.L.C.**

      State of Incorporation is **FLORIDA**

      or Principal Place of Business is **DeFuniak Springs, Fla.**

   2. Defendant *(name)* **N/A**

      State of Incorporation is **N/A**

      or Principal Place of Business is **N/A**

   *(Attach additional page if necessary to list all Defendants.)*
   **Page 5.(a)**

3. Have you previously been involved in litigation with one or more
   **Page 5.(b) - over (2) Pages**

4.) <u>Karen Gause</u>:
<u>FLORIDA</u>

5.) <u>Cassandra Hollinsworth</u>:
<u>FLORIDA</u>

Page 5 (a)

3.: Have you previously been involved in litigation with one or more of the named defendants?

3.(a).:  ☑ Yes    ☐ NO  — Jury Trial Requested?

If yes, identify prior case # N/A / date around 2006

Court: Walton County

Defendant: Clay AdKinson

Judge: Kelvin Wells

Result: Drug Rehab Program — Pensacola, Fla.

Why the Plaintiff (Horn) and Donnie Magoven paid Clay AdKinson / AdKinson's Law Firm to repersent Dawn Bradly on a little drug charge.

Page (5.(b))

of the named Defendants?

☒ Yes   ☐ No

If yes, identify prior case #: __?__   Date: _around 2014_

Court: __Ocaloosa County__

Defendant: __All of the above (6) Not counting The dead one (VERONICA BROWN)__

Judge: __N/A — ?__

Result: __Dismissed__

## III. STATEMENT OF CLAIM

Write a short and plain statement of ~~your~~ claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim. __Short, Plain Statement__

__Subject Matter Jurisdiction, Rule 8(a)(1) of the Federal Rule of Civil Procedure provides that__ L.A.H., ▮

III

## STATEMENT OF CLAIM

On or about April 11, 2001 the Property in Question belonged to the Plaintiff, Luther Arthur Horn III and his daughter, (A Minor, at that time) Paintiff (Horn) at that time did not Know that a Minor Can Not Own Property in Florida.

The Plaintiff (Horn) worked weekend and afternoons for almost two (2) years for the Home Owner (Pearl Lock) and saved up all the time/Money for a down payment of over Seventeen Thousand ($17,000.00) dollars, on her rental properts and her Son (Lamour Lock) house on the Intercoastal on Ocaloosa Island. Horn put up All the Money for the House and Property at 428 Huck-N-Toms Road, South Walton off of Chatholley Road. The Plaintiff wanted to leave House and Property to his daughter (Magen) or Sale it to put her threw College.

The Plaintiff SOLD HALF of the house and Property to Mrs. Laverne Camacho on December 21, 2006 for $96,500.00, Horn used All the Money to pay off the Property in Full.

Only out of Greed, Mrs. Camacho got Clayton T.M. Adkinson, her (OLD Lover, who she told me she had an Love Affair with for over twenty five (25) years.) to use the Adkinson Law Firm to Help her Steal the other half of my family Property on July 7, 2010 at Adkinson Law Firm in DeFuniak Springs, Florida-32435.

Page 6. (a)

# FRAUDS

1. <u>Adkinson Law Firm L.L.C.</u>; Located in downtown DeFuniak Spring, Florida is where all the defendants had a meeting and did all the Fraud on <u>July 7, 2010</u>, Frauds, False Statements, Forgery, Perjury, Fraudulent Misrepresentation of facts, Witness, Swindles, Scheme or Artifice to Defraud, Title Records, Oath, and Government Seal <u>(Notary Stamp)</u> was done.

2. <u>Clayton T.M. Adkinson</u>; <u>All of the above.</u>

3. <u>Clay Adkinson</u>; Is a partner <u>(Joint Principals in a business)</u>; He knew what his <u>Partner/Father</u> was up to and what they could end up with. Part of the Firm, so <u>all of the above, most Likely</u>.

4. <u>Laverne Camacho's Estate/Trust</u>; Mrs. Camacho put <u>it all together</u> and her <u>OLD LOVER</u> brought it to <u>LIFE</u>, <u>(the only child they made together)</u>. Mrs. Camacho brought her <u>dead dauther's Notary Stamp</u> from <u>ALABAMA</u> to <u>FLORIDA</u> to <u>Seal the Deal With</u>, she also signed my Daughter's <u>(Magen Rena Horn)</u> name to the Property Deed, she got Karen Gause to sign my <u>Ex-Wife's</u> name <u>(Jenny Lnn Weaver)</u> as a Witness and Paid Cassanda Hollinsworth a bonus by giving her Two (2) Antique Tiffenies Lamps, Mrs. Camacho was Direct or Indirectly involed in all the above Frauds.

5. <u>Karen Gause</u>; Forgery; Witness <u>(Jenny Lynn Weaver)</u>

6. <u>Cassandra Hollinsworth</u>; She forged Veronica Brown's Name as a Witness, and as the Notery (Stamp), and gave Oaths. Fraud-by Oaths, Witness, Seals, Forgery and Title Records

6 (b)

that a pleading must contain a short, Plain Statement of the grounds upon which the Court's Jurisdiction Depends.

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. The Plaintiff wants the Property Back, the Horn family has NOT had the use of the Property for over ten (10) years now (on the Intercoastal waterway, with a Community Pier to use)

## V. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

You can't put a price on sharing good times with family (Love Ones), can't get those days/years back.

My daughter (Magen) had to work part-time to get threw College, she is a NURSE (R.N.-Travels)

The Plaintiff could have used the Property to Live at instead of Renting, Horn could have borrowed Money from it to help his busness if he needed to. Horn could of used the Property for a bond and gotten a better Class of Lawyer. Been in Prison now for almost nine (9) years. What is that worth to you?

One half (½) of the Property is worth over Two Hundred Thousand ($200,000.00) with a house on it, about Five Hundred Thousand ($500,000.00)

Mrs. Camacho did all the things that she did because she knew she had Pull/Controle over two Judges and the Campaign for the Sheriff Office and he won and still there as the Sheriff, (Mike Adkinson) A.K.A. Son of Clayton T.M. Adkinson, in Walton County, Florida. Mrs. Camacho could and has for neerly nine (9) years gotten by with useing her (dead daughter's) Notery Stamp and putting Alabama, for the State, on a Florida Property Deed. Oh yea, Clayton and Clay's Law Firm Repersent's Walton County, so you have Power over two (2) Judges and got the Sheriff Elected and Her OLD LOVER is the Lawyer for the County. She pretty much does what she wants to for years.

Now, Clayton is just Greedy for Land/Money.

Page 7. (a)

The <u>Document</u> has to be the most <u>FRAUDULENT</u> Property in History (<u>in all of the United States</u>)

The <u>Outcome</u> of this <u>Case</u> <u>Needs to show</u> other People in the States that <u>Judges, D.A., A.D.A. and Lawyers have to Abide by the Law</u> also.

<u>A.:</u> Payment of $5,000,000.00 in (<u>U.S. Currency</u>) <u>Compensatory/Monetary Damages</u> to be awarded from <u>Each Indiviually</u> named <u>Defendants.</u>

<u>B.:</u> Payment of $10,000,000.00 in (U.S. Currency) for Punitive Damages to be awarded from each Individually and/or Jointly.

Any and all other Relief, deem just and Proper.

Page 7.(b)

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 5/24/21   Plaintiff's Signature: *Luther Arthur Horn III*

Printed Name of Plaintiff: Luther Arthur Horn III
Address: P14932/J-1/136-s, Suwannee C.I-Annex, 5964 U.S. Highway 90, Live Oak, Florida 32060
▬▬▬▬▬ N/A

*(Additional signature pages must be attached if there is more than one Plaintiff.)*



Mailed From State
Correctional
Institution
Suwanee C.I.

Luther Arthur Horn III
P14932 / J-1 / 136-s
Suwannee C.I. - Annex
5964 Highway 90
Live Oak, Florida 32060

United States District
Northern District of Flori
1 North Palafox Stree
Pensacola, Florida
32502

RECEIVED JUN 01 2021