UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUTHER ARTHUR HORN, III,
    Plaintiff,

vs.                                    Case No.:  3:19cv1653/LAC/EMT

CASSANDRA HOLLINSWORTH, et al.,
    Defendants.
_____/

**ORDER**

The chief magistrate judge issued a Report and Recommendation on November 19, 2021 (ECF No. 75).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 75) is adopted and incorporated by reference in this order.

2.    Plaintiff's motion to strike (ECF No. 71) is **DENIED**.

3.    Plaintiff's motion for default (ECF No. 73) is **DENIED**.

4. Plaintiff's "Motion to Enter Cease and Desist" (ECF No. 69) is **DENIED**.

5. Defendants' Motion and Request for Court to Take Judicial Notice (ECF No. 65) is **GRANTED**.

6. Defendants' motion to dismiss (ECF No. 64) is **GRANTED**.

7. Plaintiff's Third Amended Complaint (ECF No. 41) is **DISMISSED with prejudice** as to all Defendants.

8. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 25th day of January, 2022.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**
